NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

04-931

GWENEVERE JOHNSON
VERSUS
LYONDELL CHEMICAL COMPANY

************

APPEAL FROM THE
OFFICE OF WORKER'S COMPENSATION, DISTRICT 3,
PARISH OF CALCASIEU, NO. 01-06185,
HONORABLE CHARLOTTE A. L. BUSHNELL, DISTRICT JUDGE

************

MICHAEL G. SULLIVAN
JUDGE

************

Court composed of Oswald A. Decuir, Michael G. Sullivan, and John B.
Scofield*, Judges.

APPEAL DISMISSED.

Maurice Blake Monrose
Hurlburt, Privat & Monrose
Post Office Drawer 4407
Lafayette, LA 70502-4407
(337) 237-0261
COUNSEL FOR DEFENDANT/APPELLEE
Lyondell Chemical Company

*Judge JOHN B. SCOFIELD, participated in this decision by appointment
of the Louisiana Supreme Court as Judge Pro Tempore.

**Jo Ann Nixon**
**Glenda August & Assoc.**
**129 W. Pershing St.**
**New Iberia, La 70560**
**(337) 369-7437**
**Counsel for Plaintiff/Appellant**
**Gwenevere Johnson**

**Joslyn Renee Alex**
**Attorney at Law**
**Post Office Box 126**
**Breaux Bridge, LA 70517**
**(337) 332-1180**
**Counsel for Plaintiff/Appellant**
**Gwenevere Johnson**